IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Veronica W. Dew, | ) | C.A. No. 4:05-3604-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This action has been filed by the plaintiff, who is proceeding *pro se*. This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). The Magistrate Judge notes that plaintiff has failed to comply with the Court's Order of April 20, 2006, which ordered the plaintiff to submit certain items needed to render the above-captioned case into proper form. The plaintiff has not provided the Court with the needed items and the time to do so has expired. Accordingly, in his Report, Magistrate Judge Rogers recommends that the above-captioned case be dismissed without prejudice. (Doc. # 8). No objections to the Report have been filed.

      This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

2

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 8), and the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**


                                        s/ Terry L. Wooten
                              **TERRY L. WOOTEN**
                              **UNITED STATES DISTRICT JUDGE**


June 19, 2006
Florence, South Carolina

2